# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041**, in its individual capacity and its representative capacity on behalf of its members **ROBERT LEE BIANCHI and RANDY LEE COOK**, individually and in their capacity as members of AFSCME<br><br>Plaintiffs,<br><br>**THE STATE OF NEVADA**, ex rel., its Department of Corrections; **HOWARD SKOLNICK**, individually and in his official capacity as Director of the Nevada Department of Corrections; **CARLA CREVLING**, individually and in her official capacity as Personnel Officer of the Nevada Department of Corrections; **PAT CONMAY**, individually and in his official capacity as Inspector General for the Nevada Department of Corrections; **WILLIAM DONAT**, individually and in his official capacity as Warden for the Nevada State Prison<br><br>Defendants. | Case No. 3:09-cv-235-LRH-RAM |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, **AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041**, et al, by and through counsel, James André Boles, Esq., and Defendants

1

**STATE OF NEVADA**, et al., by and through counsel Janet E. Traut, Esq., hereby agree to an extension of time for Plaintiffs to respond to Defendants' Motion For Summary Judgment. The Opposition will be due on February 23, 2010. It is also agreed that Defendants' Reply will be due on March 31, 2010.

IT IS SO STIPULATED this 25th day of January, 2010

By: _____/s/_____                                    _____/s/_____
JAMES ANDRÉ BOLES, ESQ.                 JANET E. TRAUT, ESQ., SR. DAG.
Nevada State Bar No. 03368                    OFFICE OF THE ATTORNEY GENERAL.
411 Mill Street                                              100 No. Carson St.
Reno, Nevada 89502                               Carson City, NV  89701
*Attorney for Plaintiffs*                              *Attorney for Defendants*

IT IS SO ORDERED:

_____
JUDGE

DATED: February 18, 2010.