UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 4041, et al., | ) ) ) | 3:09-cv-00235-LRH-RAM |
| Plaintiff, | ) ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) ) | February 18, 2010 |
| THE STATE OF NEVADA, *ex rel*, its Department of Corrections, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

PRESENT:    THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:    ROSEMARIE MILLER        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is Plaintiff Robert Bianchi's *Ex Parte* Motion for Enlargement of Time to Oppose Defendants' Motion for Summary Judgment (#42[1]) and Defendants' Notice of Non-Opposition to Plaintiff's Motion for Enlargement of Time (#43). Good cause appearing,

　　Plaintiff Bianchi's motion for extension (#42) to file his own opposition to Defendants' Motion for Summary Judgment is **GRANTED**. Plaintiff Bianchi shall have until Tuesday, March 16, 2010, in which to file and serve his opposition to Defendants' Motion for Summary Judgment (#39).

　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　By:　　　　/s/　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

---

[1] Refers to court's docket number.