UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

AMERICAN FEDERATION OF STATE, )
COUNTY AND MUNICIPAL EMPLOYEES ) 3:09-cv-00235-LRH-RAM
LOCAL 4041, et al., )
) ORDER
Plaintiffs, )
)
vs. )
)
THE STATE OF NEVADA, *ex rel*, its )
Department of Corrections, et al., )
)
Defendants. )
)

Before the court is Plaintiff's Objection (#36[1]) to Magistrate Judge Cooke's October 21, 2009, ruling with regard to Show Cause Hearing re sanctions, which the court will treat as an opposition to the Magistrate's Order (#35).

The Court has conducted its review in this case, has fully considered the Plaintiff's opposition, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#35) will, therefore, be sustained.

IT IS SO ORDERED.

DATED this 24th day of February, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.